## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **STEVEN WHITLOW,** | ) | |
| **Plaintiff/Intervenor** | ) | **Case No. 2:10-CV-02182-MPM-DGB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COGNIS CORP.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

### PLAINTIFF EEOC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7.1(D) -- and in accord with this Court's December 12, 2011 Order denying Cognis's Motion for Summary Judgment and inviting Plaintiffs to submit a Motion for Summary Judgment -- Plaintiff EEOC respectfully moves for Summary Judgment on its claims that: (1) Cognis retaliated against Charging Party Steven Whitlow when Cognis terminated him on May 21, 2007 solely because Whitlow revoked his Last Chance Agreement because of its charge-filing ban, which was void as a matter of public policy; and (2) Cognis retaliated against both Charging Party Whitlow and the other claimants by requiring each of them to sign, as a condition of their continued employment, Last Chance Agreements containing void charge-filing bans and threatening them with termination if they breached the Agreements. There are no genuine issues of material fact, and EEOC is entitled to judgment as a matter of law.

1

In support of this Motion, EEOC is contemporaneously filing its Memorandum in Support of Motion for Summary Judgment, which sets forth the reasons why EEOC is entitled to summary judgment and the basis for this Motion, and the depositions and exhibits attached thereto that provide the evidentiary support for this Motion.

Wherefore, EEOC respectfully requests that the Court enter Summary Judgment in its favor on EEOC's claims that Cognis violated Title VII by terminating Whitlow and by requiring Whitlow and the other claimants to sign Last Chance Agreements with a charge-filing bar as a condition of continued employment.  Such a ruling would leave the appropriate damages and injunctive relief as the only issues to be resolved at trial.


January 6, 2012                                          Respectfully submitted,

                                                         s/ Deborah Hamilton

                                                         John C. Hendrickson
                                                         Regional Attorney

                                                         Gregory Gochanour
                                                         Supervisory Trial Attorney

                                                         Deborah Hamilton
                                                         Bradley S. Fiorito
                                                         Trial Attorneys

                                                         United States Equal Employment
                                                         Opportunity Commission
                                                         500 W. Madison St., Ste. 2000
                                                         Chicago, IL 60661
                                                         (312) 869-8110
                                                         Deborah.Hamilton@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, I caused **Plaintiff EEOC's Motion for Summary Judgment** to be served, via the Court's Electronic Case Filing system, upon counsel to Defendant and counsel to Intervenor-Plaintiff.

January 6, 2012                                          s/ Bradley S. Fiorito

Bradley S. Fiorito
Attorney for Plaintiff EEOC
500 W. Madison St., Ste. 2000
Chicago, IL 60661
(312) 869-8109
Bradley.Fiorito@eeoc.gov